UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                )
DEBBIE A. POWELL,               )
    9101 Piper Ridge Court       )
    Lanham, Maryland 20706,      )
                                )
        Plaintiff,            )
                                )
v.                              )
                                )
                                )
MICHAEL O. LEAVITT,             )
    Secretary of Health and      )
    Human Services,              )
    200 Independence Avenue, S.W.)
    Washington, D.C. 20201,      )
                                )
        Defendant.            )
_____ )

## COMPLAINT
### (Employment Discrimination)

### Introduction

1.     Plaintiff, Debbie A. Powell, brings this action pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e *et seq*, to remedy acts of discrimination in employment practices by the Department of Health and Human Services (DHHS) based on her race (African American) and in retaliation for protected EEO activity.

### Jurisdiction

2.     This Court has jurisdiction over the subject matter of this civil action pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-16(c). Plaintiff has exhausted her administrative remedies by filing an administrative charge of discrimination more than 180 days

before filing this action. On March 27, 2007, the Department of Health and Human Services issued a final agency decision on her administrative charge. Plaintiff is filing this complaint within 90 days of her receipt of that final agency decision.

### Venue

3.  Pursuant to 28 U.S.C. Section 1391(b) and 42 U.S.C. Section 2000e-5(f)(3), venue is proper in this judicial district as Ms. Powell is employed by the U.S. Department of Health and Human Services in the District of Columbia, which is where the acts of discrimination/retaliation complained of took place, and where Ms. Powell's personnel records are maintained.

### Parties

4.  Debbie A. Powell is an African-American woman citizen of the United States, and employee of the U.S. Department of Health and Human Services ('DHHS") in the District of Columbia. Ms. Powell has been an employee of DHHS for more than twenty years.

5.  Defendant Michael O. Leavitt is the Secretary of Health and Human Services. As such, Mr. Leavitt is the head of DHHS and is responsible for the personnel actions, omissions and practices there. Mr. Leavitt is here sued only in his official capacity as head of DHHS.

### Statement of the Claim

6.  From 2003 until 2006, Ms. Powell served as the Director of the Office of Operations and Discretionary Grants, within the Administration of Developmental Disabilities (ADD) at DHHS. In this position, Ms. Powell, had human resource management responsibilities and authority over the discretionary grant programs.

7.  Ms. Powell was subjected to a hostile work environment, including racist remarks, by Faith McCormick, a Caucasian woman, who was also the director of the Office of Programs, a unit

within ADD.

8. Ms. Powell complained about the hostile environment created by Ms. McCormick to her Caucasian supervisor, Patricia A. Morrissey, the Commissioner of ADD, but Ms. Morrissey failed to take immediate remedial action to alleviate the racist, hostile atmosphere created by Ms. McCormick. Rather, immediately after Ms. Powell complained to Ms. Morrissey of Ms. McCormick's oppressive, racist conduct, Ms. Morrissey joined in the discrimination, and began to retaliate against Ms. Powell for her complaining about Ms. McCormick, by intensifying the hostile work environment, removing key job responsibilities from Ms. Powell, and by effectively demoting her by "reorganizing" ADD in order to strip Ms. Powell of responsibilities (giving such responsibilities to Ms. McCormick), and removing staff from her supervision (and providing additional staff to Ms. McCormick). In addition, sometime thereafter, Ms. Morrissey issued Ms. Powell a less favorable performance appraisal than the ones she received for the previous four ratings periods, a precipitous drop from the previous years' ratings.

9. Moreover, once Ms. Powell complained of Ms. Morrissey's actions which followed immediately upon Ms. Powell's complaining about Ms. McCormick's racially hostile actions (see ¶ 8 above), Curtis Coy, the Deputy Assistant Secretary for Administration, Administration for Children and Families (ACF) continued – indeed, aggrevated, the discrimination and retaliation against Ms. Powell by directing her transfer out of ADD and into a position with work responsibilities that were dramatically reduced in both quality and quantity from those she had had as Director of the Office of Operations and Discretionary Grants in ADD. In effect, Mr. Coy, on behalf of DHHS management, demoted Ms. Powell to duties and responsibilities more appropriate for a lower graded employee in response to her complaints about Ms. Morrissey.

## Statement of Claims

I. <u>Discrimination</u>

10. By decisions, actions, and/or omissions as outlined herein above at paragraph nos. 7 through 9, plaintiff has been discriminated against on account of her race while employed at DHHS, which discrimination is actionable against defendant pursuant to Title VII of the Civil Rights Act of 1964, as amended by, *inter alia*, the Equal Employment Opportunity Act of 1972 and the Civil Rights Act of 1991, 42 U.S.C. §§ 2000e-2 *et seq*, and 42 U.S.C. § 1981a.

11. As a result of the fore-mentioned unlawful racial discrimination in employment practices at DHHS, plaintiff has suffered and continues to suffer severe curtailment of her career opportunities, personal and professional humiliation, and emotional pain and suffering.

II. <u>Retaliation</u>

12. By decisions, actions, and/or omissions as outlined herein above at paragraph nos. 8 and 9, plaintiff has been retaliated against on account of her making and pressing complaints of unlawful racial discrimination while employed at DHHS, which retaliation is actionable against defendant pursuant to Title VII of the Civil Rights Act of 1964, as amended by, *inter alia*, the Equal Employment Opportunity Act of 1972 and the Civil Rights Act of 1991, 42 U.S.C. §§ 2000e-2 *et seq*, and 42 U.S.C. § 1981a.

13. As a result of this act of unlawful retaliation in employment practices, plaintiff has suffered and continues to suffer severe curtailment of career opportunities, personal and professional humiliation, and pain and suffering. In addition, Ms. Powell suffered a precipitous drop from the previous years in Ms. Morrissey's most recent appraisal of Ms. Powell's work.

Prayer for Relief

WHEREFORE, plaintiff prays that this Court enter judgment in her favor and against defendant on both claims of Title VII violations brought herein and provide her with the following relief:

(a) award plaintiff compensatory damages against defendant in the amount of $300,000 on each of her claims, with pre- and post- judgment interest thereon;

(b) order defendant to return all duties and responsibilities to the position of Director of the Office of Operations and Discretionary Grant Programs in ADD, and restore all human resources allocations to that Office, *circa* December 1, 2005;

(c) order defendant to immediately place plaintiff in the reconstituted position of Director of the Office of Operations and Discretionary Grant Programs in ADD with all rights and privileges attendant to that position;

(d) order defendant to reassign Faith McCormick out of ADD;

(e) order defendant to retroactively award plaintiff an "Outstanding" in her overall performance appraisals for both 2005 and 2006, and provide her with whatever emoluments in monetary awards and pay increases, and other benefits, that accompanied such ratings;

(f) award plaintiff back pay, with interest thereon, with respect to the emoluments that accompany the "Outstanding" ratings retroactively provided to her pursuant to subparagraph (e) above;

(g) order defendant to correct all records, including plaintiff's official personnel folder ("OPF") to document the relief awarded herein;

(h) enjoin defendant and DHHS management from discrimination and/or retaliating against plaintiff in the future;

(i) award plaintiff the costs of bringing and maintaining this civil action and the administrative charges that preceded it, including reasonable attorneys' fees, pursuant to 42 U.S.C. 2000e-5(k); and

(j) award plaintiff such other and further relief as the interests of justice may require.

<u>Jury Demand</u>

Plaintiff hereby requests a jury trial on all issues of fact and damages.

Respectfully submitted,

_____
David H. Shapiro
D.C. Bar No. 961326
Sarah L. Riger
D.C. Bar No. 486591
SWICK & SHAPIRO, P.C.
1225 Eye Street, N.W.
Suite 1290
Washington, D.C. 20005
Tel. (202) 842-0300
Fax (202) 842-1418

Attorneys for Plaintiff

# CIVIL COVER SHEET

JS-44
(Rev. 2/01 DC)

## I (a) PLAINTIFFS
DEBBIE A. POWELL

## DEFENDANTS
Michael O. Leavitt

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF    88888
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: In land condemnation cases, use the location of the tract of land involved.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

David H. Shapiro
Sarah L. Riger
SWICK & SHAPIRO, P.C.
1225 Eye Street, N.W., Suite 1290
Washington, D.C. 20005    (202)842-0300

ATTORNEYS (IF KNOWN)

## II BASIS OF JURISDICTION
(SELECT ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
○ 3 Federal Question (U.S. Government Not a Party)
● 2 U.S. Government Defendant
○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (SELECT ONE FOR PLAINTIFF AND ONE FOR DEFENDANT)
(FOR DIVERSITY CASES ONLY!)

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Select one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ○ A. Antitrust
☐ 410 Antitrust

### ○ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ○ C. Administrative Agency Review
☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. Temporary Restraining Order/Preliminary Injunction
Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ○ E. General Civil (Other) OR ○ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant)
☐ 871 IRS-Third Party 26 USC 7609

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act)

| ○ G. Habeas Corpus/2255 | ● H. Employment Discrimination | ○ I. FOIA/PRIVACY ACT | ○ J. Student Loan |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☒ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability, age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ○ K. Labor/ERISA (non-employment) | ○ L. Other Civil Rights (non-employment) | ○ M. Contract | ○ N. Three-Judge Court |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
- ● 1 Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multi district Litigation
- ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
Title VII of the Civil Rights Act of 1964, as amended by the Equal Employment Opportunity Act of 1972, 42 U.S.C. §§ 2000e et seq., and as further amended by section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $ 300,000 + fees and other remedies   Select YES only if demanded in complaint   JURY DEMAND: ☒ YES  ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instruction)  ☐ YES  ☒ NO  If yes, please complete related case form.

DATE 4/26/07   SIGNATURE OF ATTORNEY OF RECORD [signature]

INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.