AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

DEBBIE A. POWELL

**SUMMONS IN A CIVIL CASE**

V.

MICHAEL O. LEAVITT,
Secretary of Health and
Human Services,

CASE N  Case: 1:07-cv-00764
Assigned To : Bates, John D.
Assign. Date : 4/27/2007
Description: EMPLOY DISCRIM.

TO: (Name and address of Defendant)

Michael O. Leavitt
Secretary of Health and Human Services
200 Independence Avenue, S.W.
Washington, D.C. 20201

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DAVID H. SHAPIRO
SWICK & SHAPIRO
1225 EYE STREET, N.W.
WASHINGTON, D.C.
  20005

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON         APR 2 7 2007
CLERK                            DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 4/30/07 |
| NAME OF SERVER (PRINT) Andre Bears | TITLE Courier |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: **LaKesha Carroll, docket clerk**

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-30-07
            Date                       Signature of Server

1522 K ST NW
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.