## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

```
DEBBIE A. POWELL                )
9101 Piper Ridge Court          )
Lanham, MD 20706,               )
                                )
            Plaintiff,          )
                                )
      v.                        )   Civil Action No. 07-0764(JDB)
                                )
MICHAEL O. LEAVITT              )
Secretary of Health and         )
Human Services                  )
200 Independence Avenue, S.W.   )
Washington, D.C. 20201,         )
                                )
            Defendant.          )
                                )
_____ )
```

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Diane M. Sullivan as counsel for defendant in the above-captioned case.

```
        ____/s/_____
        DIANE M. SULLIVAN, D.C. Bar #12765
        Assistant United States Attorney
        555 Fourth Street, N.W.
        Civil Division
        Washington, D.C.  20530
        (202) 514-7205
```