**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| DEBBIE A. POWELL | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-0764(JDB) |
| | ) | |
| MICHAEL O. LEAVITT, | ) | |
| Secretary of Health and | ) | |
| Human Services | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME**

The defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for an enlargement of time to answer or otherwise respond to the Complaint up to and including July 12, 2007.

Agency counsel assigned to the case just received a the Summons and Complaint. Counsel needs additional time to prepare a litigation report and obtain copies of the file and relevant documents.

Counsel for the plaintiff was contacted and graciously consents to this request.

Wherefore, it is respectfully requested that the defendant have up to and including July 12, 2007 to answer or otherwise respond to the Complaint.

Respectfully submitted,

__/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


__/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


__/s/_____
DIANE M. SULLIVAN, D. C. BAR # 12765
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4919
Washington, D.C. 20530
(202) 514-7205