UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
DEBBIE A. POWELL              )
                              )
        Plaintiff,            )
                              )
    v.                        )   Civil Action No. 07-0764(JDB)
                              )
MICHAEL O. LEAVITT,           )
Secretary of Health and       )
Human Services                )
                              )
        Defendant.            )
                              )
_____)
```

## ANSWER

### First Defense

The Complaint fails to state a claim upon which relief may be granted.

### Second Defense

The plaintiff has failed to exhaust her administrative remedies as to all claims.

### Third Defense

The defendant responds to the numbered paragraphs of the Complaint as follows:

1.  This paragraph is plaintiff's characterization of her lawsuit to which no response is required.  To the extent that an answer is deemed required, the defendant denies the allegations and specifically denies that DHHS engaged in discrimination or retaliation.

2.  This paragraph is a statement of jurisdiction to which

no response is required.  To the extent that a response is deemed required, the defendant denies the Court has jurisdiction.

    3.  The defendant admits that venue is proper in this judicial district and that plaintiff is employed by defendant in the District of Columbia.  The defendant denies the remaining allegations contained in Paragraph 3 of the Complaint.

    4.  Admitted.

    5.  Admitted.

    6.  Admitted.

    7.  Denied.

    8.  The defendant admits that plaintiff discussed certain comments made by Ms. Cormack with her supervisor, Commissioner Patricia A. Morrissey.  The defendant denies the remaining allegations contained in Paragraph 8.  Defendant asserts that plaintiff has failed to exhaust her administrative remedies with regard to her performance appraisal.

    9.  Denied.

    10. Denied.

    11. Denied.

    12. Denied.

    13. Denied.

    The remainder of the Complaint is plaintiff's prayer for relief.  The defendant denies that the plaintiff is entitled to the relief requested or to any relief whatsoever.

Wherefore, it is respectfully requested that the Court dismiss the Complaint and grant such other relief as it deems appropriate.

Respectfully submitted,

\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


\_\_/s/_____
DIANE M. SULLIVAN, D. C. BAR # 12765
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4919
Washington, D.C. 20530
(202) 514-7205

Of Counsel:
MARILYN BLANDFORD
Office of General Counsel
Department of Health and Human Services