UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DEBBIE A. POWELL,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **Civil Action No. 07-0764 (JDB)** |
| ) | |
| **MICHAEL O. LEAVITT,** ) | |
| Secretary of Health and ) | |
| Human Services, ) | |
| ) | |
| Defendant. ) | |

**JOINT REPORT OF LOCAL RULE 16.3 CONFERENCE**

Pursuant to LCvR 16.3, the parties hereby report to the Court that counsel for the parties conferred on July 25, 2007. As a consequence, the parties hereby report to the Court as follows:

1.  Nature of Case: This is a discrimination and reprisal case brought under Title VII, 42 U.S.C. § 2000e *et seq.* by an African American who alleges she was subjected to a hostile work environment based on her race, and that she was retaliated against by her supervisor for complaining about the discriminatory environment. The defendant denies all allegations of discrimination and retaliation.

2.  Case Scheduling: There are no pending motions. However, defendant believes that some or all of the claims in this case may be resolved through a dispositive motion; plaintiff disagrees. In any case, the parties agree that discovery should not be stayed at this time for dispositive motions. However, the defendant reserves the right to file a dispositive motion at any time during the course of discovery and request a stay.

3. <u>Joinder/Amendment/Narrowing</u>:  The parties do not anticipate the need to join third parties.  Neither party believes that the legal or factual issues can be narrowed at this time.

4. <u>Assignment To Magistrate Judge</u>:  Defendant does not consent to assignment of this case to a magistrate judge, except for settlement discussions; plaintiff would consent to assignment to a magistrate judge.

5. <u>Settlement Possibility</u>:  The parties do not see a realistic possibility of settlement at this time. Defendant believes that such discussions, if any, would be more appropriate after the completion of discovery in this case.

6. <u>Alternative Dispute Procedures</u>: At this time, the parties do not believe that the case could benefit from the Court's ADR process.  The parties will inform the Court if it appears that mediation might be useful later in this process.

7. <u>Dispositive Motions</u>:  Defendant believes that plaintiff's claims can be resolved by a dispositive motion. The parties agree that the deadline for dispositive motions should be 45 days after the close of discovery, with oppositions due 30 days after service of the dispositive motion and reply briefs due 15 days after service of opposition.

8. <u>Initial Disclosures</u>: The parties agree that initial disclosures will be due within 60 days of filing this joint report.

9. <u>Discovery</u>:  The parties agree that discovery should close January 30, 2008, with the presumptive limits of the local rules imposed upon the number of depositions and interrogatories.  The parties agree that request for admission will comply with the presumptive limits of the local rules.  The parties agree that documents will be produced in a form as close as possible to the original, and that they will continue to confer as document production becomes imminent in accordance with Fed. R. Civ. P. 26(f).

10. <u>Experts</u>: The parties agree that plaintiff's Rule 26(a)(2) report be served 60 days before the close of discovery with defendant's report to be served 30 days thereafter. Expert depositions may be taken outside the discovery period.

11. <u>Class Action Procedures</u>: Not applicable.

12. <u>Bifurcation of Discovery or Trial</u>: The parties do not see any need for bifurcation.

13. <u>Proposed Date For The Pretrial Conference</u>: The parties agree that the Court should not set the date for the pretrial conference at this time.

14. <u>Trial Date</u>: The parties agree that the Court should not schedule a firm trial date at the scheduling conference.

15. <u>Other Matters</u>: None.

Respectfully submitted,

| /S/ | /S/ |
|---|---|
| David H. Shapiro | JEFFREY A. TAYLOR |
| D.C. Bar No. 961326 | D.C. Bar #498610 |
| Sarah L. Riger | United States Attorney |
| D.C. Bar No. 486591 | |
| SWICK & SHAPIRO, P.C. | |
| 1225 Eye Street, N.W. | /S/ |
| Suite 1290 | RUDOLPH CONTRERAS, |
| Washington, D.C. 20005 | D.C. Bar #434122 |
| Tel. (202) 842-0300 | Assistant United States Attorney |
| Fax (202) 842-1418 | |
| | /S/ |
| Attorneys for Plaintiff | DIANE M. SULLIVAN |
| | D.C. Bar #12765 |
| | Assistant United States Attorney |
| | Judiciary Center Building |
| | 555 Fourth Street, N.W. |
| | Room E4919 |
| | Washington, D.C. 20530 |
| | (202) 514-7205 |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DEBBIE A. POWELL,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 07-0764 (JDB) |
| v. ) | |
| ) | |
| **MICHAEL O. LEAVITT,** ) | |
| Secretary of Health and ) | |
| Human Services, ) | |
| ) | |
| Defendant. ) | |

## SCHEDULING ORDER

UPON CONSIDERATION OF the parties' Local Civ. R. 16.3 statement, the Court enters the following scheduling order:

1. Discovery will close on January 30, 2008.

2. Plaintiff's 26(a)(2) report will be due on December 1, 2007. Defendant's 26(a)(2) report will be due January 5, 2008.

3. Dispositive motions must be filed by March 14, 2008. Oppositions are due April 14, 2008 and reply briefs are due April 30, 2008.

4. Initial disclosures will be due on October 15, 2007.

SO ORDERED THIS _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE