UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEBBIE A. POWELL,

    Plaintiff,

        v.                                Civil Action No.  07-0764 (JDB)

MICHAEL O. LEAVITT,
Sec'y of Health & Human Servs.,

    Defendant.

**SCHEDULING ORDER**

      Pursuant to the initial scheduling conference held on this date, and the Joint Rule 16.3 Report submitted by the parties, it is, this 15th day of August, 2007, hereby **ORDERED** as follows:

1.     The parties shall complete the initial disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure by not later than October 1, 2007.

2.     Any disclosures pursuant to Federal Rule of Civil Procedure 26(a)(2) shall be made as follows:  (a) plaintiffs shall identify experts by not later than December 3, 2007; (b) defendants shall identify experts by not later than January 7, 2008.

3.     The parties shall complete all discovery by not later than January 30, 2008.  The parties shall comply with the limitations and requirements of the Federal Rules of Civil Procedure and the Local Civil Rules of this Court.

4.     Dispositive motions shall be filed by not later than March 14, 2008.  Oppositions

      to dispositive motions shall be filed by not later than April 14, 2008.  Any replies thereto shall be filed by not later than April 30, 2008.

5.      The parties shall appear for a status conference on February 12, 2008, at 9:00 a.m. in Courtroom Eight.

**SO ORDERED**.

                                        /s/ John D. Bates
                                        JOHN D. BATES
                                United States District Judge