UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
DEBBIE A. POWELL              )
                              )
         Plaintiff,           )
                              )
     v.                       )    Civil Action No. 07-0764(JDB)
                              )
MICHAEL O. LEAVITT,           )
Secretary of Health and       )
Human Services                )
                              )
         Defendant.           )
                              )
_____)
```

**JOINT MOTION FOR AN ENLARGEMENT OF TIME**

The parties, pursuant to Rule (6)(b)(1) of the Federal Rules of Civil Procedure, move the Court for an enlargement of time to complete discovery up to and including April 30, 2008.

The primary reason counsel need additional time to complete discovery is that they initially engaged in good faith efforts to resolve this case before discovery commenced and significant costs and expenses were incurred. Although counsel were unable to resolve the case, they are still hopeful that after some discovery is taken, an amicable resolution possible. The parties are presently engaged in written discovery. A witness critical to completing defendant's written responses to plaintiff's discovery requests is out of the office for the next two weeks. Once written discovery is completed, counsel will then be able to schedule depositions. Because of counsels' busy and sometimes

conflicting schedules, this additional time to complete discovery is necessary. Once discovery is completed, counsel have agreed to revisit settlement possibilities.

    Wherefore, it is respectfully requested that the parties have up to and including April 30, 2008 to complete discovery.

Respectfully submitted,

__/S/__
DAVID H. SHAPIRO
D.C. Bar No. 961326
ALANA M. HECHT
D.C. Bar No. 494097
SWICK & SHAPIRO, P.C.
1225 Eye Street, N.W.
Suite 1290
Washington, D.C. 20005
Tel. (202) 842-0300
Fax (202) 842-1418

Attorneys for Plaintiff

__/S/__
JEFFREY A. TAYLOR
D.C. Bar #498610
United States Attorney

__/S/__
RUDOLPH CONTRERAS,
D.C. Bar #434122
Assistant United States Attorney

__/S/__
DIANE M. SULLIVAN
D.C. Bar #12765
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4919
Washington, D.C. 20530
(202) 514-7205

Attorneys for Defendant