UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEBBIE A. POWELL,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL O. LEAVITT,<br>Sec'y of Health & Human Servs.,<br><br>    Defendant. | Civil Action No.  07-0764 (JDB) |

## ORDER

Upon consideration of [14] the joint motion for an extension of time, and the entire record herein, it is, this <u>29th</u> day of <u>January</u>, 2008, hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that the schedule is adjusted as follows:

1. The parties shall complete all discovery by not later than April 30, 2008.  The parties shall comply with the limitations and requirements of the Federal Rules of Civil Procedure and the Local Civil Rules of this Court.

2. Dispositive motions shall be filed by not later than June 16, 2008.  Oppositions to dispositive motions shall be filed by not later than July 16, 2008.  Any replies thereto shall be filed by not later than July 31, 2008.

3. The status conference currently set for February 12, 2008, at 9:00 a.m. is **RESCHEDULED** for May 13, 2008, at 9:00 a.m. in Courtroom Eight.

                                                    /s/
                                      JOHN D. BATES
                                 United States District Judge