UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
DEBBIE A. POWELL              )
                              )
           Plaintiff,         )
                              )
      v.                      )    Civil Action No. 07-0764(JDB)
                              )
MICHAEL O. LEAVITT,           )
Secretary of Health and       )
Human Services                )
                              )
           Defendant.         )
                              )
_____)
```

**JOINT MOTION FOR AN ENLARGEMENT OF TIME**

The parties, pursuant to Rule (6)(b)(1) of the Federal Rules of Civil Procedure, move the Court for a thirty (30) day enlargement of time for to complete discovery, up to and including May 30, 2008.

Counsel for the defendant was unexpectedly out of the office in California from April 11 - 21, 2008 due to a family emergency. Because of defense counsel's unavailability, the parties immediately scheduled the depositions of ten witnesses beginning May 7 through 12, 2008.  Although the parties anticipate that most, not all of the discovery will be completed by May 15, 2008, the parties cannot be certain until at least some of the depositions are completed.  In an abundance of caution, the parties would request that discovery be extended until May 30, 2008.

Wherefore, it is respectfully requested that the parties have up to and including May 30, 2008 to complete discovery.

Respectfully submitted,

| | |
|---|---|
| __/S/_____<br>DAVID H. SHAPIRO<br>D.C. Bar No. 961326<br>ALANA M. HECHT<br>D.C. Bar No. 494097<br>SWICK & SHAPIRO, P.C.<br>1225 Eye Street, N.W.<br>Suite 1290<br>Washington, D.C.  20005<br>Tel. (202) 842-0300<br>Fax (202) 842-1418<br><br>Attorneys for Plaintiff | __/S/_____<br>JEFFREY A. TAYLOR<br>D.C. Bar #498610<br>United States Attorney<br><br>__/S/_____<br>RUDOLPH CONTRERAS,<br>D.C. Bar #434122<br>Assistant United States Attorney<br><br>__/S/_____<br>DIANE M. SULLIVAN<br>D.C. Bar #12765<br>Assistant United States Attorney<br>Judiciary Center Building<br>555 Fourth Street, N.W.<br>Room E4919<br>Washington, D.C.  20530<br>(202) 514-7205<br><br>Attorneys for Defendant |