### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DEBBIE A. POWELL,** | |
| **Plaintiff,** | |
| **v.** | **Civil Action No.  07-0764 (JDB)** |
| **MICHAEL O. LEAVITT,** **Sec'y of Health & Human Servs.,** | |
| **Defendant.** | |

### ORDER

Pursuant to the agreement of the parties, it is this <u>20th</u> day of <u>May</u>, 2008, hereby

**ORDERED** that this matter shall be referred to Magistrate Judge Kay for the sole

purpose of the facilitation of settlement discussions for a period of not more than sixty (60) days.

The parties shall promptly notify the Court if the case settles in whole or in part.  It is further

**ORDERED** that discovery is **STAYED** pending further order of this Court at the

completion of the parties' settlement discussions; and it is further

**ORDERED** that the status conference currently set for June 2, 2008, is **CANCELLED**

and will be rescheduled, if necessary, at the completion of the parties' settlement discussions.

**SO ORDERED**.

_____/s/_____
JOHN D. BATES
United States District Judge
