REFERRAL TO MAGISTRATE JUDGE

CATEGORY: TYPE H

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | 42:2000e Job Discrimination (Employment) | | | |
|---|---|---|---|---|
| CASE NO:<br>07-764 | DATE REFERRED:<br>05/20/08<br><br>DISPOSITION DATE: | PURPOSE:<br>Settlement Discussion | JUDGE:<br>John D. Bates | MAG. JUDGE<br>Alan Kay |
| PLAINTIFF(S):<br>DEBBIE DEBBIE A. POWELLA. POWELL | | DEFENDANT(S):<br>MICHAEL O. LEAVITT | | |
| ENTRIES:<br>FOR A PERIOD NOT EXCEEDING SIXTY (60) DAYS. | | | | |