UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DEBBIE A. POWELL,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-0764 JDB |
| ) | |
| **MICHAEL O. LEAVITT,** ) | |
| Secretary of Health and ) | |
| Human Services, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## JOINT STATUS REPORT

In accordance with the Court's August 26, 2008 Order, the parties hereby jointly advise the Court that they have reached an agreement in principle on the terms upon which this civil action may be settled and dismissed and are currently in the process of preparing the paperwork needed to commit this agreement to a writing and to obtain the necessary approvals for such a written settlement agreement to be executed. It is anticipated that the parties will file an executed Stipulation of Settlement not later than September 24, 2008.

Respectfully submitted,

| /S/ | /S/ |
|---|---|
| DAVID H. SHAPIRO | JEFFREY A. TAYLOR |
| D.C. Bar No. 961326 | D.C. Bar #498610 |
| ALANA M. HECHT | United States Attorney |
| D.C. Bar No. 494097 | |

SWICK & SHAPIRO, P.C.  
1225 Eye Street, N.W.                /S/_____  
Suite 1290                         RUDOLPH CONTRERAS,  
Washington, D.C.   20005           D.C. Bar #434122  
Tel. (202) 842-0300                Assistant United States Attorney  
Fax (202) 842-1418  

Attorneys for Plaintiff              /S/_____  
                                      DIANE M. SULLIVAN  
                                      D.C. Bar #12765  
                                      Assistant United States Attorney  
                                      Judiciary Center Building  
                                      555 Fourth Street, N.W.  
                                      Room E4919  
                                      Washington, D.C.   20530  
                                      (202) 514-7205  

                                      Attorneys for Defendant